James Q. McDermott (SBN 192572)
Max R. Engelhardt (SBN 310968)
Jessica M. Wan (SBN 316389)
FERGUSON CASE ORR PATERSON LLP
1050 S. Kimball Road
Ventura, California 93004
Telephone:      (805) 659-6800
Facsimile:       (805) 659-6818
Email: jmcdermott@fcoplaw.com
       mengelhardt@fcoplaw.com
       jwan@fcoplaw.com

Attorneys for Defendant ADH BELPO, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ADH BELPO, LLC, a Nevada limited liability company; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-00342-JFW (AFMx)<br><br>**DECLARATION OF LEAD TRIAL COUNSEL** |

I, Max R. Engelhardt, declare as follows:

1.　I am over the age of eighteen and an attorney authorized to practice law in the State of California. I am an associate at the law firm of Ferguson Case Orr Paterson LLP, attorney for Defendant ADH BELPO, LLC, a Nevada limited liability company.

2.　I submit this Declaration of Lead Trial Counsel pursuant to Paragraph 3(a) of the Court's Standing Order, filed on January 15, 2020.

3.　I have registered as a CM/ECF user with the United States District Court. My email address is mengelhardt@fcoplaw.com.

1

DECLARATION OF LEAD TRIAL COUNSEL

4. I have read the Court's Standing Order and the Local Rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 20th day of February, 2020 in Ventura, California.

/s/ Max R. Engelhardt
Max R. Engelhardt
Attorneys for Defendant ADH BELPO, LLC

2
DECLARATION OF LEAD TRIAL COUNSEL